

# NUMBER 13-21-00270-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

DALE A. SCOGGINS AND
ALVIN E. NELSON JR.,                                                                Appellants,

**v.**

NATIVE COMMUNITY CAPITAL,                                                         Appellee.

---

### On appeal from the 370th District Court of Hidalgo County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

On December 15, 2021, this Court issued an order abating this appeal and referring the matter to mediation. The order stated that, within fourteen days of the order, the parties "must promptly agree upon a mediator" and notify this Court of the chosen mediator's name and address, or notify the Court that the parties were unable to agree

upon a mediator so that the Court can appoint a mediator. The Court did not receive such notice within fourteen days of the order.

On June 7, 2022, the Clerk of this Court issued a letter to the parties inquiring as to the status of mediation. On June 23, 2022, counsel for appellant filed a letter with this Court explaining that the parties "intend to mediate this case" and that appellant has proposed a mediator. However, the Court has not been advised that the parties have agreed to a mediator.

In light of the circumstances, we hereby ORDER the parties to, within thirty days of this order: (1) agree on a mediator, set a mediation date, and notify this Court of the chosen mediator's name and address and the date set for mediation, or (2) advise the Court that the parties have not been able to agree on a mediator. The appeal will remain abated until further order of this Court.

PER CURIAM

Delivered and filed on the
30th day of June, 2022.